UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )        Case No. _4:12 CR00464-1_
vs.                             )
                                )
_JACK GRAVENMIER_,              )
                                )
              Defendant.        )

## NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07,

notifies the Court as follows:

☐    **A Notice of Appeal will be filed by defense counsel within the time allowed by law.**

☒    **Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.**

☐    **The defendant declines to sign this notice.**

(<u>Note</u>:  **Defense counsel should check the appropriate box(es) above.**)

_18 APRIL 2013_
Date                                    Signature of Attorney

☒    **I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.**

_18 APRIL 2013_
Date                                    Signature of Defendant